UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>WILMER GALINDO-MARADIAGA,<br><br>　　　　　　　　Defendant. | Case No. CR20-094-6 RSM<br><br>**DETENTION ORDER** |

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

　　(1)　Defendant has been charged by indictment with count 1: conspiracy to distribute controlled substances with asset forfeiture allegations. The Court received limited and unverified information concerning the defendant's ties to this district, employment, citizenship and immigration status. The defendant through his attorney made no argument as to release, lodged

DETENTION ORDER - 1

no objections to the contents of the United States Probation and Pretrial report, and stipulated to detention with a request to revisit this motion at a later date.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Based on the Covid-19 pandemic and limitations on communication with his attorney and pretrial services and the need to verify information the defendant is granted leave to file a motion to reopen his detention. Any Magistrate Judge assigned to criminal duty in this district may hear this motion.

(3) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(4) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(5) The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 14th day of August, 2020.

PAULA L. MCCANDLIS
United States Magistrate Judge

DETENTION ORDER - 2