The Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>WILMER GALINDO-MARADIAGA,<br><br>    Defendant. | No. CR20-094-RSM<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture ("Motion") for $30,120 in United States currency seized from a Nissan Pathfinder (WA20A05747) being driven by the Defendant on June 1, 2020.

This motion is based on the following procedural facts, which are reflected in the pleadings filed and orders entered in this matter, as well as the supporting declaration of Assistant United States Attorney ("AUSA") Jehiel I. Baer.

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

//

Final Order of Forfeiture - 1
*United States v. Galindo-Maradiaga,* CR20-094-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- On September 21, 2021, the Court entered a Preliminary Order of Forfeiture finding the above-identified $30,120 in United States currency ("Subject Currency") forfeitable pursuant to 21 U.S.C. § 853(a)(1) and forfeiting the Defendant's interest in it (Dkt. No. 176);

- Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C) (Dkt. No. 212) and provided direct notice to three potential claimants as required by Fed. R. Crim. P. 32.2(b)(6)(A) (*see* Declaration of AUSA Jehiel I. Baer in Support of Motion for Entry of a Final Order of Forfeiture, ¶ 2, Exhibits A-C); and,

- The time for filing third-party claims has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the Subject Currency exists in any party other than the United States;

2. The Subject Currency is fully and finally condemned and forfeited, in its entirety, to the United States; and,

3. The United States Department of Justice, and/or their representatives, are authorized to dispose of the Subject Currency as permitted by governing law.

IT IS SO ORDERED.

DATED this 14th day of April, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Final Order of Forfeiture - 2
*United States v. Galindo-Maradiaga,* CR20-094-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Presented by:

3  *s/ Jehiel I. Baer*
JEHIEL I. BAER
4  Assistant United States Attorney
United States Attorney's Office
5  700 Stewart Street, Suite 5220
Seattle, WA  98101
6  Phone: (206) 553-2242
7  Fax: (206) 553-6934
Jehiel.Baer@usdoj.gov

Final Order of Forfeiture - 3
*United States v. Galindo-Maradiaga,* CR20-094-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970